#60823

UNCLAIMED FUNDS

FILED
2010 OCT 20 PM 2: 12

OCTOBER 19, 2010

| | |
|---|---|
| 07-60600 | VALINDA MILLS<br>DEBTOR DID NOT CASH CHECK<br>CHECK #456066 FOR $29.36<br>VALINDA J MILLS<br>1627 BEAL ROAD<br>MANSFIELD, OH 44903 |
| 07-62179 | CALLIE EISLER<br>DEBTOR DID NOT CASH CHECK<br>CHECK #456067 FOR $41.50<br>CALLIE L EISLER<br>7614 PEACHMONT AVE NW<br>NORTH CANTON, OH 44720 |
| (06-61923) | CAROLE CLARK<br>CREDITOR DID NOT CASH CHECK<br>CHECK #456068 FOR $19.93<br>ADVANCE AMERICA<br>135 NORTH CHURCH ST<br>SPARTANBURG, SC 29306 |
| 08-63321 | MICHAEL & BARBARA WALLS<br>CREDITOR DID NOT CASH CHECK<br>CHECK #456069 FOR $16.37<br>ADVANCE AMERICA<br>135 NORTH CHURCH ST<br>SPARTANBURG, SC 29306 |

```
  0 . *
 29.36+
 41.50+
 19.93+
 16.37+
107.16*
```